**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:  **Roger Jeffery Trotter**                                     CASE NO  **13-70380-hdh-13**

                                                                                                  CHAPTER  **13**

*AMENDED*
<u>**VERIFICATION OF MAILING LIST**</u>

    In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.  I also certify that the attached mailing list

( ) is the first mailing list filed in this case.

(x) adds entities not listed on previously filed mailing list(s).

( ) changes or corrects names and address on previously filed mailing lists.

Date  10/24/2013                                                                Signature  /s/ Roger Jeffery Trotter
                                                                                                     *Roger Jeffery Trotter*

Date  _____                                    Signature  _____

Arlis W. Hibbard, M.D.
409 Russell blvd, Ste E
Nacogdoches, TX 75965

Check 'n' Go
3009 John Redditt, Ste D
Lufkin, TX 75901

Conn's
PO Box 2358
Beaumont, TX 77704

Kyle & Jennifer Thomasson
P O BOX 2495
Rockport, TX 78381

Lufkin Radiology Associates
PO Box 2887
Port Arthur, TX 77643

Nacogdoches Medical Center
PO Box 849788
Dallas, TX 75284

Radiology Associate LLP
PO Box 12480
Beaumont, TX 77726

Ronald H. Hearne, MD
PO Box 1888
Greenville, TX 75403

Springleaf
PO Box 790368
Saint Louis, MO 63179

TCH Family Medical Clinic  
104 N Beech St  
Woodville, TX 75979


The Cash Store  
3900 Sheppard Access Rd  
Wichita Falls, TX 76308


Tyler County Appraisal District  
PO Drawer 9  
806 W Bluff St  
Woodville, TX 75979


Wise County  
404 W Walnut  
Decatur, TX 76234-1417


Zip Cash  
805 S. Magnolia  
Woodville, TX 75979

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: Roger Jeffery Trotter　　　　　　　　　　　　CASE NO. 13-70380-hdh-13

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## Certificate of Service

The undersigned hereby certifies that on October 29, 2013, a true and correct copy of the Notice of Commencement of Chapter 13 Bankruptcy Case was served on the parties listed below by ECF and/or regular mail.

Date: 10/29/2013　　　　　　　　　　　　　/s/ Monte J. White
　　　　　　　　　　　　　　　　　　　　　　**Monte J. White**
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

Arlis W. Hibbard, M.D.
409 Russell blvd, Ste E
Nacogdoches, TX 75965

Nacogdoches Medical Center
PO Box 849788
Dallas, TX 75284

The Cash Store
3900 Sheppard Access Rd
Wichita Falls, TX 76308

Check 'n' Go
3009 John Redditt, Ste D
Lufkin, TX 75901

Radiology Associate LLP
PO Box 12480
Beaumont, TX 77726

Tyler County Appraisal District
PO Drawer 9
806 W Bluff St
Woodville, TX 75979

Conn's
PO Box 2358
Beaumont, TX 77704

Ronald H. Hearne, MD
PO Box 1888
Greenville, TX 75403

Wise County
404 W Walnut
Decatur, TX 76234-1417

Kyle & Jennifer Thomasson
P O BOX 2495
Rockport, TX 78381

Springleaf
PO Box 790368
Saint Louis, MO 63179

Zip Cash
805 S. Magnolia
Woodville, TX 75979

Lufkin Radiology Associates
PO Box 2887
Port Arthur, TX 77643

TCH Family Medical Clinic
104 N Beech St
Woodville, TX 75979